ACCEPTED
14-14-00959-CR
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
2/11/2015 12:46:17 PM
CHRISTOPHER PRIN
CLERK

| | |
|---|---|
| Appellate Docket Number: | 14-14-00959-CR |
| Appellate Case Style: Style: | Geraline Gregory Lincoln |
| Vs. | State of Texas |
| Companion Case: | 14-14-00957-CR |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

2/11/2015 12:46:17 PM

CHRISTOPHER A. PRINE
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 14th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Geraline | ☒ Lead Attorney |
| Middle Name: Gregory | First Name: Megan |
| Last Name: Lincoln | Middle Name: Elizabeth |
| Suffix: | Last Name: Smith |
| Appellant Incarcerated? ☐ Yes ☒ No | Suffix: |
| Amount of Bond: $20,000.00 | ☐ Appointed    ☐ District/County Attorney |
| Pro Se: ◯ | ☒ Retained    ☐ Public Defender |
| | Firm Name: The Law Firm of Megan E. Smith |
| | Address 1: 917 Franklin |
| | Address 2: Suite 310 |
| | City: Houston |
| | State: Texas    Zip+4: 77002 |
| | Telephone: 713-899-5438    ext. |
| | Fax: 713-574-2749 |
| | Email: megan@megansmithlaw.com |
| | SBN: 24076196 |
| | Add Another Appellant/ Attorney |

## III. Appellee

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: Alan

Middle Name:

Last Name: Curry

Suffix:

☐ Appointed  ☒ District/County Attorney
☐ Retained  ☐ Public Defender

Firm Name: Harris County District Attorney's Office

Address 1: 1201 Franklin

Address 2: Suite 600

City: Houston

State: Texas   Zip+4: 77002

Telephone: (713) 755-5826   ext.

Fax:

Email: curry_alan@dao.hctx.net

SBN: 05263700

Add Another Appellee/Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Public Health/Safety

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: Nov. 21, 2014

Offense charged: Felon in Possession of a Weapon

Date of offense: April 10, 2014

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes ☐ No

Was the trial by:  ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: Nov. 21, 2014

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 8 years imprisonment

Is the appeal from a pre-trial order?  ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:  ☐ Yes ☒ No   If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No   If yes, date filed:

Other: ☐ Yes ☒ No   If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☐ Yes ☐ No ☐ NA   If yes, date filed:

Date of hearing:   ☐ NA

Date of order:   ☐ NA

Ruling on motion: ☐ Granted ☐ Denied ☐ NA   If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 337th District Court

County: Harris

Trial Court Docket Number (Cause no):     1424405

Trial Court Judge (who tried or disposed of the case):

First Name:     Renee

Middle Name:

Last Name:     Magee

Suffix:

Address 1:     1201 Franklin

Address 2:     15th Floor

City:     Houston

State:     Texas          Zip + 4:  77002

Telephone:     (713) 755-7746     ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk:   ☒ District   ☐ County

Was clerk's record requested?     ☒ Yes  ☐ No

If yes, date requested:  Feb. 6, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☒ No  ☐ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes  ☐ No

Was reporter's record requested?     ☒ Yes  ☐ No

Was the reporter's record electronically recorded?   ☒ Yes  ☐ No

If yes, date requested:  Feb. 6, 2015

Were payment arrangements made with the court reporter/court recorder?     ☒ Yes  ☐ No  ☐ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official               ☐ Substitute

First Name:     Mary

Middle Name:     Ann

Last Name:     Rodriguez

Suffix:

Address 1:     1201 Franklin

Address 2:     15th Floor

City:     Houston

State:     Texas          Zip + 4:  77002

Telephone:     (713) 755-0847     ext.

Fax:

Email:

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [ ]                                    Court: [ ]

Style: [ ]

    Vs.    **State of Texas**

## X. Signature

_____                    Date: Feb. 11, 2015
Signature of counsel (or Pro Se Party)

_____                    State Bar No: 24076196
Printed Name:

Electronic Signature: /s/ Megan E. Smith            Name: Megan E. Smith
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on Feb. 11, 2015            .

_____                    Electronic Signature: /s/ Megan E. Smith
Signature of counsel (or pro se party)                  (Optional)

                                                    State Bar No.: 24076196

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: Feb. 11, 2105

Manner Served: eServe

First Name: Alan

Middle Name:

Last Name: Curry

Suffix:

Law Firm Name: Harris County District Attorney's Office

Address 1: 1201 Franklin

Address 2: Suite 600

City: Houston

State Texas          Zip+4: 77002

Telephone: 713-755-5826     ext.

Fax:

Email: curry_alan@dao.hctx.net